[No. 61697-8-I.   Division One.   April 27, 2009.]

ANDREW KAMIER RAKHSHAN, *Appellant*, v. WHATCOM COUNTY, *Respondent*.

Appeal from a judgment of the Superior Court for Skagit County, No. 05-2-01207-5, Alan R. Hancock, J. Pro Tem., entered April 21, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Grosse and Agid, JJ.

[No. 61813-0-I.   Division One.   April 27, 2009.]

*In the Matter of the Parentage of* B.T.W.

MICHELE CASTILLO, *Respondent*, v. KEVLAR SMITH WESSON, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 07-5-00100-9, Linda C. Krese, J., entered June 2, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 61847-4-I.   Division One.   April 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. TOBY VERNON JOHNSON, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-09643-1, Mary E. Roberts, J., entered June 2, 2008. *Affirmed* by unpublished opinion per Cox, J., concurred in by Lau and Leach, JJ.

[No. 61924-1-I.   Division One.   April 27, 2009.]

EASTGATE I-90 OFFICE BUILDING PARTNERSHIP, *Respondent*, v. GORDON WOODLEY ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for King County, No. 08-2-05491-8, Michael J. Fox, J., entered May 30, 2008. *Affirmed* by unpublished opinion per Ellington, J., concurred in by Dwyer, A.C.J., and Agid, J.